UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA *ex rel.*
OMNI HEALTHCARE, INC.,

    Plaintiffs-Relator,

v.                                               Case No. 6:19-cv-2237-Orl-37LRH

HEALTH FIRST, INC. and HEALTH
FIRST MEDICAL GROUP, LLC,

    Defendants.
_____/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify on behalf of the United States[1] that the instant action:

---

[1] The United States remains the real party in interest in cases brought under the False Claims Act, 31 U.S.C. §§ 3729-3733, even when it declines to intervene. *See United States ex rel. Walker v. R&F Props. Of Lake County, Inc.*, 433 F.3d 1349, 1359 (11th Cir. 2005) ("'The United States is the real party in interest in a qui tam action under the FCA even if it is not controlling the litigation.'") (citations omitted).

____ IS related to pending or closed civil or criminal case previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

__x__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: October 21, 2020

          Respectfully Submitted,

          MARIA CHAPA LOPEZ
          United States Attorney

By:   /s/ *Katherine M. Ho*
      KATHERINE M. HO
      Assistant U.S. Attorney
      USA No. 070
      U.S. Attorney's Office
      400 West Washington St., Suite 3100
      Orlando, FL 32801
      Tele. (407) 648-7500
      Fax (407) 648-7588
      Katherine.Ho@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 21, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notice of the filing to all CM/ECF participants.

_/s/ Katherine M. Ho_
Katherine M. Ho
Assistant United States Attorney
