# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA, STATE OF FLORIDA and OMNI HEALTHCARE, INC.,

      Plaintiffs,

v.

Case No:   6:19-cv-2237-Orl-37LRH

HEALTH FIRST, INC., HEALTH FIRST MEDICAL GROUP, LLC, STEVEN JOHNSON, JOSEPH FELKNER, DREW RECTOR, LEONARD GRECUL, MARK MENDOLLA, THOMAS SWAIN, STEVEN KARAS, ENRIQUIE POLANCO, JOSEPH MCCLURE, LEE SCHEINBART, SIMON VINARSKY, MATTHEW GERELL, AMIT BAROCHIA, ROBERT SPRAWLS, ASISH DELAL, JOHN BOMALASKI, GERMAINE BLAINE, FIRAS MUWALA, RITESH PATIL, GRAINGER STEELE LANNEAU, JAMES NEEEL and JEFFREY STALNAKER,

      Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **RELATOR'S CONSENT MOTION FOR LEAVE TO AMEND TO FILE SECOND AMENDED COMPLAINT AND TO ENLARGE TIME FOR DEFENDANTS TO RESPOND TO SAME (Doc. No. 47)** |
| **FILED:** | **November 11, 2020** |

- 2 -

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Pursuant to the parties' agreement, *see* Doc. No. 47 ¶ 5, Relator shall file a second amended complaint on or before **November 13, 2020**. Defendants shall respond to same on or before **December 4, 2020**.

**DONE** and **ORDERED** in Orlando, Florida on November 13, 2020.

*/s/ Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record