UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA;
STATE OF FLORIDA; and OMNI
HEALTHCARE, INC.,

    Plaintiffs,

v.      Case No. 6:19-cv-2237-Orl-37LRH

HEALTH FIRST, INC. ET AL.,

    Defendants.

## ORDER

Before the Court are Defendants' motions to dismiss. (Docs. 42–45 (collectively, "**Motions**").) Plaintiff responded by filing an amended complaint. (*See* Docs. 47, 50.) So the Motions are moot.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendants Health First, Inc. and Health First Medical Group, LLC's Motion to Dismiss (Doc. 42), Oncologists Defendants' Dispositive Motion to Dismiss (Doc. 43), Defendants, Leonard Grecul, Mark Mendolla, Thomas Swain, Steven Karas, and Enrique Polanco's Motion to Dismiss (Doc. 44), and Defendants Steven Johnson, Joseph Felkner, Drew Rector, Matthew Gerrell, and Jeffrey Stalnaker's Motion to Dismiss (Doc. 45) are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 16, 2020.

1



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record