# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA *ex rel.*
OMNI HEALTHCARE, INC.,

      Plaintiffs

v.                                                              CASE NO: 6:19-cv-02237-RBD

HEALTH FIRST, INC.; HEALTH FIRST
MEDICAL GROUP, LLC; STEVEN JOHNSON;
JOSEPH FELKNER; DREW RECTOR;
LEONARD GRECUL; MARK MENDOLLA;
THOMAS SWAIN; STEVEN KARAS;
ENRIQUE POLANCO; JOSEPH McCLURE;
LEE SCHEINBART; SIMON VINARSKY;
MATTHEW GERRELL; AMIT BAROCHIA;
RICHARD SPRAWLS; ASISH DALAL;
JOHN BOMALASKI; GERMAINE BLAINE;
FIRAS MUWALLA; RITESH PATIL;
GRAINGER STEELE LANNEAU;
JAMES NEEL; and JEFFREY STALNAKER,

      Defendants.
_____/

## DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY TO RELATOR'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to Local Rule 3.01(c) and Section III.B of the December 14, 2020 Case Management and Scheduling Order (ECF No. 63), Defendants Health First, Inc., Health First Medical Group, LLC, together with the individual defendants, (collectively "Defendants") move for leave to file an omnibus Reply of up to ten pages on or before January 4, 2020, to Relator's Opposition to Defendants' Motions to Dismiss Second Amended Complaint ("Opposition"). (ECF No. 65) While Relator's Opposition wholly ignores many of Defendants' arguments, what the

Opposition does address is misleading, in part, and incorrect, in part. Defendants respectfully submit that good cause exists for the filing of a Reply to address these issues. Relator opposes this motion.

## MEMORANDUM OF LAW

Defendants seek leave to file one ten-page Reply to address issues newly raised in Relator's Opposition. First, the Reply will explain why the Opposition's statement that Exhibit 1 to the Second Amended Complaint ("SAC") "includ[es] *the referring entity's name*, *referred-to-doctor's name*, services dates, services provided, *the billing entity*, the amounts billed to Medicare, and the amounts paid to the *Defendants' corporations* by Medicare" is both a mischaracterization and demonstrably incorrect. ECF No. 65 at 13 (emphasis added). Defendants have pointed out Exhibit 1 is silent as to any particular referral by any Cardiologist or Oncologist Defendant. *See, e.g.,* ECF No. 55 at 24-26; ECF No. 56 at 7-8, 9-10; ECF No. 57 at 6-8, 10-12. A Reply will help to make clear that the referring entity's name, billing entity and amounts paid to "Defendants' corporations" are *not*, in fact, identified in Exhibit 1 either.

Relatedly, a Reply will help to make clear that Relator misapprehends the Stark law and, in doing so, mischaracterizes the import of the "data" in Exhibit 1. The Stark law only applies to specific types of *referrals* by physicians who have a financial relationship with a hospital, and as made clear by 42 C.F.R § 411.351, the definition of referral excludes "any designated health services personally performed or provided by the referring physician." Notwithstanding this basic premise, Relators' incorrectly characterizes the "data" in Exhibit 1 as reflecting *referrals* from the Cardiologist and Oncologist Defendants when, in fact, the exhibit simply purports to reflect services "rendered" by them, *i.e.*, "rendering NPI name."

2

Second, the Opposition suggests that a relaxed Rule 9(b) standard should apply to the SAC. ECF No. 65 at 6, 17-18. A Reply will explain that binding Eleventh Circuit law, including *United States ex rel. Clausen v. Lab. Corp. of Am., Inc.*, 290 F.3d 1301, 1314 n. 25 (11th Cir. 2002), prohibits application of the relaxed Rule 9(b) standard that Relator seeks.

Third, the Opposition mischaracterizes *United States ex rel Walker v. R&F Props. Of Lake Cty, Inc.*, 433 F.3d 1349 (11th Cir. 2005), and its application to the SAC. ECF No. 65 at 5, 9. A Reply will address why *Walker* does not support the SAC's survival; in fact, it supports dismissal.

For the above reasons, Defendants respectfully request that the Court grant them leave to file an omnibus Reply of up ten pages. In the event the Court is inclined to grant a Reply, Defendants request that they receive through and including January 4, 2021, to do so due to the need for various defense counsel to coordinate over the holiday to file a single omnibus Reply on behalf of 26 defendants.

## RULE 3.01(g) CERTIFICATION

Marcos E. Hasbun, counsel for Health First, Inc. and Health First Medical Group, LLC, conferred telephonically with Dave Scher, Omni Healthcare, Inc.'s counsel, on December 21, 2020, who advised that Relator opposes this motion.

Dated: December 22, 2020                    Respectfully submitted,

| */s/ Robert D. W. Landon, III* <br> Robert D. W. Landon, III <br> (Florida Bar No. 961272) <br> Christina Ceballos-Levy <br> (Florida Bar No. 0411965) <br> KENNY NACHWALTER, P.A. <br> Four Seasons Tower <br> 1441 Brickell Avenue, Suite 1100 <br> Miami, FL 33131 <br> (305) 373-1000 | */s/ Marcos E. Hasbun* <br> Marcos E. Hasbun <br> Fla. Bar No. 0145270 <br> mhasbun@zuckerman.com <br> ZUCKERMAN SPAEDER LLP <br> 101 E. Kennedy Blvd. <br> Suite 1200 <br> Tampa, FL 33602 <br> Tel: (813) 221-1010 <br> Fax: (813) 223-7961 <br><br> Robert T. Rhoad* |
|---|---|

| | |
|---|---|
| rlandon@knpa.com<br>ccl@knpa.com<br><br>*Attorneys for Defendants Amit Barochia, M.D.; Germaine Blaine, M.D.; John Bomalaski, M.D.; Ashish Dalal, M.D.; Grainger Steele Lanneau, Jr., M.D.; Firas Muwalla, M.D.; Joseph McClure, M.D.; James Neel, M.D.; Ritesh Patil, M.D.; Lee Scheinbart, M.D.; Richard Sprawls, M.D.; and Simon Vinarsky, M.D.* | District of Columbia Bar No.456535<br>Andy Liu*<br>District of Columbia Bar No. 454986<br>NICHOLS LIU LLP<br>700 Sixth St. NW<br>Suite 430<br>Washington, D.C. 20001<br>Tel: (202) 846-9800<br>Fax: (202) 379-9150<br><br>*Admitted pro hac vice*<br><br>*Attorneys for Defendants Health First, Inc. and Health First Medical Group, LLC* |
| /s/ *James H. Fallace*_____<br>JAMES H. FALLACE<br>Florida Bar No.: 569909<br>jim@fallacelarkinlaw.com<br>ANDREW J. WILLIAMS<br>Florida Bar No.: 48817<br>drew@fallacelarkinlaw.com<br>Fallace & Larkin, L.C.<br>1900 Hickory Street, Suite A<br>Melbourne, FL 32901<br><br>*Counsel for Defendants, Leonard Grecul, Mark Mendolla, Thomas Swain, Steven Karas, and Enrique Polanco* | /s/ *Ryan K. Stumphauzer*_____<br>Ryan K. Stumphauzer<br>Florida Bar No. 0012176<br>Jacqueline DerOvanesian<br>Florida Bar No. 125662<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>Two South Biscayne Boulevard<br>Suite 1600<br>Miami, FL  33131<br>Telephone:  (305) 614-1400<br>Facsimile:   (305) 614-1425<br>rstumphauzer@sfslaw.com<br>jderovanesian@sfslaw.com<br><br>*Attorneys for the Steven Johnson, Joseph Felkner, Drew Rector, Jeffrey Stalnaker, and Matthew Gerrell* |