UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA;
STATE OF FLORIDA; and OMNI
HEALTHCARE, INC.,

    Plaintiffs,

v.   Case No. 6:19-cv-2237-Orl-37LRH

HEALTH FIRST, INC.; HEALTH FIRST
MEDICAL GROUP, LLC; STEVEN
JOHNSON; JOSEPH FELKNER; DREW
RECTOR; LEONARD GRECUL; MARK
MENDOLLA; THOMAS SWAIN;
STEVEN KARAS; ENRIQUIE
POLANCO; JOSEPH MCCLURE; LEE
SCHEINBART; SIMON VINARSKY;
MATTHEW GERELL; AMIT
BAROCHIA; ROBERT SPRAWLS;
ASISH DELAL; JOHN BOMALASKI;
GERMAINE BLAINE; FIRAS
MUWALA; RITESH PATIL;
GRAINGER STEELE LANNEAU;
JAMES NEEL; and JEFFREY
STALNAKER,

    Defendants.

## ORDER TO SHOW CAUSE

Defendants moved to stay discovery and indicated Relator Omni Healthcare, Inc. opposes.[1] (Doc. 69 ("**Motion**").) But Relator failed to respond to the Motion, although the

---

[1] Defendants moved to stay discovery pending resolution of Defendants' motions to dismiss "and until such time as the Court may rule Defendants are required to file answers in this action." (Doc. 69, p. 1.) The Court ruled on Defendants' motion to dismiss, but gave Plaintiffs leave to amend, so the Motion is still ripe. (*See* Doc. 70.)

1

deadline was January 22, 2021. *See* Local Rule 3.01(b) (requiring that a party opposing a motion file a response within fourteen days after receiving service of the motion).

Accordingly, by Monday, **February 1, 2021**, Relator is **ORDERED TO SHOW CAUSE** by written response why it failed to timely respond. With this response, Relator is also **DIRECTED** to respond to the Motion. Failure to timely do so may result in the Court granting the Motion as unopposed.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 25, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record