# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH FIRST, INC.; HEALTH FIRST MEDICAL GROUP, LLC; STEVEN JOHNSON; JOSEPH FELKNER; DREW RECTOR; LEONARD GRECUL; MARK MENDOLLA; THOMAS SWAIN; STEVEN KARAS; ENRIQUE POLANCO; JOSEPH McCLURE; LEE SCHEINBART SIMON VINARSKY; MATTHEW GERELL; AMIT BAROCHIA; ROBERT SPRAWLS; ASISH DELAL; JOHN BOMALASKI; GERMAINE BLAINE; FIRAS MUWALA; RITESH PATIL; MARK MENDOLLA; STEVEN KARAS; GRAINGER STEELE LANNEAU; JAMES NEEEL; and JEFFREY STALNAKER, <br><br> Defendants. | CASE NO: 6:19-cv-02237-RBD |

## RELATOR'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE AND DEFENDANTS' MOTION TO STAY DISCOVERY

Relator Omni Healthcare, Inc. ("Relator") responds to this Court's Order to Show Cause (DE 71) ("Order") and the Defendants' Motion to Stay Discovery (DE 69) ("Motion").

Relator stipulated in November 2020 that it would not amend the Second Amended Complaint.  (DE 47, 49).  At the case management conference held on December 14, 2020, this Court denied the parties' proposal to stay discovery until the Court ruled on the Defendants' motions to dismiss.  The Defendants later moved to stay discovery until the motions to dismiss were ruled upon.  Relator opposed the Motion then based on the Court's directive during the case management conference that discovery would not be stayed while the Court considered the motions to dismiss.  The Court has since granted Defendants' motions to dismiss (DE 70).

Based on the above, Relator did not respond to the Motion because it appeared that Defendants received the requested relief when the Court granted the motions to dismiss.  In light of this Court's instruction that the Motion is still ripe, Relator no longer opposes the Motion.  In addition, Relator's counsel intends to file a separate consent motion to withdraw and to stay the case to give Relator sufficient time to transition to new counsel.

Dated: February 1, 2021             Respectfully submitted,

                                    */s/ David L. Scher*
                                    David L. Scher, Esq.
                                    (*admitted pro hac vice*)
                                    DC Bar No. 474664
                                    Hoyer Law Group, PLLC
                                    1300 I Street N.W., Suite 400E
                                    Washington, DC  20005
                                    Tel: (202) 975-4994 ▪ Fax: (813) 375-3710
                                    Email: dave@hoyerlawgroup.com

>Sean Estes
>Florida Bar No. 0055770
>sean@hoyerlawgroup.com
>Jesse L. Hoyer
>Florida Bar No. 076934
>jesse@hoyerlawgroup.com
>HOYER LAW GROUP, PLLC
>2801 West Busch Blvd., Suite 200
>Tampa, FL 33618
>Tel: (813) 375-3700 ▪ Fax: (813) 375-3712
>
>*Counsel for Relator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF on February 1, 2021, on all counsel or parties of record.

>*/s/ David L. Scher*
>David L. Scher