UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA;
STATE OF FLORIDA; and OMNI
HEALTHCARE, INC.,

    Plaintiffs,

v.                                    Case No. 6:19-cv-2237-Orl-37LRH

HEALTH FIRST, INC.; HEALTH FIRST
MEDICAL GROUP, LLC; STEVEN
JOHNSON; JOSEPH FELKNER; DREW
RECTOR; LEONARD GRECUL; MARK
MENDOLLA; THOMAS SWAIN;
STEVEN KARAS; ENRIQUIE
POLANCO; JOSEPH MCCLURE; LEE
SCHEINBART; SIMON VINARSKY;
MATTHEW GERELL; AMIT
BAROCHIA; ROBERT SPRAWLS;
ASISH DELAL; JOHN BOMALASKI;
GERMAINE BLAINE; FIRAS
MUWALA; RITESH PATIL;
GRAINGER STEELE LANNEAU;
JAMES NEEL; and JEFFREY
STALNAKER,

    Defendants.
_____

## ORDER

Defendants move to stay discovery in this action until Defendants are required to file answers. (Doc. 69 ("**Motion**").) Relator Omni Healthcare, Inc. does not oppose. (Doc. 72.) On review, the Motion is granted.

    It is **ORDERED AND ADJUDGED**:

    1.    Defendants' Motion to Stay Discovery (Doc. 69) is **GRANTED**.

-1-

2. Discovery in this action is **STAYED** until Relator can state a claim under the False Claims Act and Defendants are required to file answers.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on February 2, 2021.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record