# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC., <br><br>　　　Plaintiffs, <br><br>v. <br><br>HEALTH FIRST, INC.; HEALTH FIRST MEDICAL GROUP, LLC; STEVEN JOHNSON; JOSEPH FELKNER; DREW RECTOR; LEONARD GRECUL; MARK MENDOLLA; THOMAS SWAIN; STEVEN KARAS; ENRIQUE POLANCO; JOSEPH McCLURE; LEE SCHEINBART SIMON VINARSKY; MATTHEW GERELL; AMIT BAROCHIA; ROBERT SPRAWLS; ASISH DELAL; JOHN BOMALASKI; GERMAINE BLAINE; FIRAS MUWALA; RITESH PATIL; MARK MENDOLLA; STEVEN KARAS; GRAINGER STEELE LANNEAU; JAMES NEEEL; and JEFFREY STALNAKER, <br><br>　　　Defendants. | CASE NO: 6:19-cv-02237-RBD |

## RELATOR'S COUNSEL'S CONSENT MOTION TO WITHDRAW

David L. Scher, Jesse Hoyer Estes, and Sean Estes of Hoyer Law Group, PLLC ("HLG"), counsel for Relator Omni Healthcare, Inc. ("Omni"), hereby move

the Court to withdraw as counsel for Relator for this case. Relator consents to the motion.

WHEREFORE, Relator asks that this Court grant HLG's consent motion to withdraw as counsel. HLG further requests that this Court stay the proceedings of this case for twenty-eight (28) days in order to give Relator ample time to transition to its new counsel.

## LOCAL RULE 3.01(g)

Pursuant to Local Rule 3.01(g), undersigned counsel for Relator certifies in good faith that it conferred with Defendants' counsel regarding the relief Relator requests in this motion. Defendants take no position on the Hoyer Law Group, PLLC's request to withdraw, but do oppose any extension or stay of the February 24, 2021 deadline to file an amended complaint (ECF No. 78), which deadline was originally February 4, 2021 (ECF No. 70).

Dated:  February 20, 2021            Respectfully submitted,

/s/ David L. Scher
David L. Scher, Esq.
(*admitted pro hac vice*)
DC Bar No. 474664
Hoyer Law Group, PLLC
1300 I Street N.W., Suite 400E
Washington, DC  20005
Tel: (202) 975-4994 ▪ Fax: (813) 375-3710
Email: dave@hoyerlawgroup.com

*/s/ Sean Estes*
Sean Estes
Florida Bar No. 055770
sean@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
2801 West Busch Blvd., Suite 200
Tampa, FL 33618
Tel: (813) 375-3700 ▪ Fax: (813) 375-3710

*/s/ Jesse Hoyer Estes*
Jesse Hoyer Estes
Florida Bar No. 076934
jesse@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
2801 West Busch Blvd., Suite 200
Tampa, FL 33618
Tel: (813) 375-3700 ▪ Fax: (813) 375-3710

*Counsel for Relator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF on February 20, 2021, on all counsel or parties of record.

*/s/ David L. Scher*
David L. Scher