# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA, STATE OF FLORIDA and OMNI HEALTHCARE, INC.,

      Plaintiffs,

v.   Case No: 6:19-cv-2237-RBD-LRH

HEALTH FIRST, INC., HEALTH FIRST MEDICAL GROUP, LLC, STEVEN JOHNSON, JOSEPH FELKNER, DREW RECTOR, LEONARD GRECUL, MARK MENDOLLA, THOMAS SWAIN, STEVEN KARAS, ENRIQUIE POLANCO, JOSEPH MCCLURE, LEE SCHEINBART, SIMON VINARSKY, MATTHEW GERELL, AMIT BAROCHIA, ROBERT SPRAWLS, ASISH DELAL, JOHN BOMALASKI, GERMAINE BLAINE, FIRAS MUWALA, RITESH PATIL, GRAINGER STEELE LANNEAU, JAMES NEEL and JEFFREY STALNAKER,

      Defendants.

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **RELATOR'S COUNSEL'S CONSENT MOTION TO WITHDRAW (Doc. No. 79)** |
| **FILED:** | **February 20, 2021** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

- 2 -

Counsel for Relator Omni Healthcare Inc., with Relator's consent, seek to withdraw as counsel of record in this case. Doc. No. 79. Counsel for Relator also request that the Court stay the proceedings in this case for twenty-eight (28) days "in order to give Relator ample time to transition to its new counsel." *Id.* at 2. Defendants take no position on the withdrawal of Relator's counsel, but oppose the request to stay the proceedings because the "planned withdrawal is not new." Doc. No. 80, at 2 (citing Doc. No. 72, at 2).

On review, the motion will be denied without prejudice for failure to comply with Local Rule 3.01(a). Moreover, Relator may only appear and be heard through counsel of record admitted to practice in this Court. Local Rule 2.02(b)(2). Given the impending deadlines in this case, *see* Doc. Nos. 70, 78, and absent an explanation by counsel as to why withdrawal is necessary, the Court is not inclined to permit withdrawal unless and until substitute counsel enters an appearance on Relator's behalf.

**DONE** and **ORDERED** in Orlando, Florida on February 22, 2021.

_____
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record