UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> and <br> STATE OF FLORIDA <br> *ex rel.* <br> OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH FIRST, INC.; HEALTH FIRST MEDICAL GROUP, LLC; STEVEN JOHNSON; JOSEPH FELKNER; DREW RECTOR; LEONARD GRECUL; MARK MENDOLLA; THOMAS SWAIN; STEVEN KARAS; ENRIQUE POLANCO; JOSEPH McCLURE; LEE SCHEINBART; SIMON VINARSKY; MATTHEW GERRELL; AMIT BAROCHIA; ROBERT SPRAWLS; ASISH DALAL; JOHN BOMALASKI; GERMAINE BLAINE; FIRAS MUWALA; RITESH PATIL; GRAINGER STEELE LANNEAU; JAMES NEEL; and JEFFREY STALNAKER, <br><br> Defendants. | **CASE NO: 6:19-cv-02237-RBD** |

**RELATOR OMNI HEATLHCARE, INC.'S RESPONSE TO DEFENDANTS' REPSONSE ON THE HOYER LAW GROUP'S MOTION TO WITHDRAW**

Relator Omni Healthcare, Inc.'s ("Omni") counsel, Hoyer Law Group, PLLC, moved to withdraw its representation of Relator and asked that the action be stayed for 28 days to allow Omni to retain new counsel.  In response, the Defendants took no position on the Motion to Withdraw but opposed the grant of a 28-day stay.  Omni has now retained the services of Whatley Kallas, LLP, who in accordance with Local Rule 2.02(b)(1), hereby makes an appearance in this case.  As a result, Omni is no longer seeking a 28-day stay, but rather would ask that the Court grant the Hoyer Law Group's Motion to Withdraw and provide Omni until March 1, 2021 to file its Third Amended Complaint, a delay of only five days from the current February 24, 2021 deadline.

RESPECTFULLY SUBMITTED:

February 22, 2021

**WHATLEY KALLAS, LLP**
*/s/ Charles Nicholas Dorman*

CHARLES NICHOLAS DORMAN
Florida Bar Number: 117504
2001 Park Place North 1000
Park Place Tower
P.O. Box 10968
Birmingham, AL 35203
Telephone: (205) 488-1200
Facsimile: (800) 922-4851
E-mail:  cdorman@whatleykallas.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system and was served by electronic mail, this 22nd day of February, 2021, upon the following counsel of record:

Robert D. W. Landon, III
Christina Ceballos-Levy
KENNY NACHWALTER, P.A.
Four Season Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
rlandon@knpa.com
ccl@knpa.com

James H. Fallace
Andrew Williams
FALLACE & LARKIN, L.C.
1900 Hickory Street, Suite A
Melbourne, FL 32901
jim@fallacelarkinlaw.com
drew@fallacelarkin.com

David L. Scher
Jessica L. Hoyer
Sean Estes
HOYER LAW GROUP, LLC
2801 W Busch Blvd., Suite 200
Tampa, FL 33618
dave@hoyerlawgroup.com
jesse@hoyerlawgroup.com
sean@hoyerlawgroup.com

Marcos E. Hasburn
ZUCKERMAN SPAEDER LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
mhasburn@zuckerman.com

Robert T. Rhoad
Andy Liu
NICHOLS LIU LLP
700 Sixth St. NW, Suite 4300
Washington, D.C. 20001
rrhoad@nicholsliu.com
aliu@nicholsliu.com

Ryan K. Stumphauzer
Jacqueline DerOvanesian
STUMPHAUZER FOSILD SLOMAN ROSS & KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
rstumphauzer@sfslaw.com
jderovanesian@sfslaw.com

*/s/ Charles Nicholas Dorman*
Charles Nicholas Dorman
Florida Bar Number: 117504

3