## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

UNITED STATES OF AMERICA, STATE
OF FLORIDA and OMNI
HEALTHCARE, INC.,

        **Plaintiffs,**

v.                         Case No: 6:19-cv-2237-RBD-LRH

HEALTH FIRST, INC., HEALTH FIRST
MEDICAL GROUP, LLC, STEVEN
JOHNSON, JOSEPH FELKNER, DREW
RECTOR, LEONARD GRECUL, MARK
MENDOLLA, THOMAS SWAIN,
STEVEN KARAS, ENRIQUIE
POLANCO, JOSEPH MCCLURE, LEE
SCHEINBART, SIMON VINARSKY,
MATTHEW GERELL, AMIT
BAROCHIA, ROBERT SPRAWLS,
ASISH DELAL, JOHN BOMALASKI,
GERMAINE BLAINE, FIRAS MUWALA,
RITESH PATIL, GRAINGER STEELE
LANNEAU, JAMES NEEL and JEFFREY
STALNAKER,

        **Defendants.**

## ORDER TO STRIKE

On February 20, 2021, counsel for Relator filed a motion to withdraw in this case. Doc. No. 79. Defendants filed a response in opposition the same day. Doc. No. 80. On February 22, 2021, the Court entered an order denying the motion to withdraw without prejudice. Doc. No. 81. Several hours later, Relator, through new counsel of record, filed a "Response to Defendants' Response on the Hoyer Law Group's Motion to Withdraw." Doc. No. 82. In the "response," the Relator purports to withdraw its request for a 28-day stay, requests that the Court grant the

previously-denied motion to withdraw, and requests the Court provide Relator until March 1, 2021 to file an amended complaint. *Id.*

On review, the Court will *sua sponte* strike Relator's "response." First, it is essentially a reply brief, improperly filed without leave of Court. *See* Local Rule 3.01(d). Second, the motion to withdraw has been denied without prejudice, and the response is therefore untimely. Third, Relator improperly seeks affirmative relief in the response. A request seeking affirmative relief must be filed in the form of a motion, in compliance with Local Rule 3.01(a).

Accordingly, Relator Omni Healthcare, Inc.'s Response to Defendants' Response on the Hoyer Law Group's Motion to Withdraw (Doc. No. 82) is **STRICKEN**. Because the Court will *sua sponte* strike this filing, Defendants' Motion to Strike Relator Omni Healthcare, Inc.'s Response to Defendants' Response on the Hoyer Law Group's Motion to Withdraw (Doc. No. 83) will be **DENIED as moot**. Relator is reminded that unless and until a renewed motion to withdraw is filed and granted, attorneys David L. Scher, Jessica L. Hoyer, and Sean Estes remain attorneys of record in this case.

**DONE** and **ORDERED** in Orlando, Florida on February 23, 2021.

*/s/ Leslie R. Hoffman*
LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record