UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>And STATE OF FLORIDA )<br>*ex rel.* )<br>OMNI HEALTHCARE, INC., )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>HEALTH FIRST, INC.; HEALTH )<br>FIRST MEDICAL GROUP, LLC; )<br>STEVEN JOHNSON; JOSEPH )<br>FELKNER; DREW RECTOR; )<br>LEONARD GRECUL; MARK )<br>MENDOLLA; THOMAS SWAIN; )<br>STEVEN KARAS; ENRIQUE )<br>POLANCO; JOSEPH McCLURE; )<br>LEE SCHEINBART; )<br>SIMON VINARSKY; MATTHEW )<br>GERRELL; AMIT BAROCHIA; )<br>ROBERT SPRAWLS; )<br>ASISH DALAL; )<br>JOHN BOMALASKI; )<br>GERMAINE BLAINE; FIRAS )<br>MUWALA; RITESH PATIL; )<br>GRAINGER STEELE LANNEAU; )<br>JAMES NEEL; )<br>and JEFFREY STALNAKER, )<br>)<br>    Defendants. ) | **CASE NO: 6:19-cv-02237-RBD** |

**RELATOR OMNI HEATLHCARE, INC.'S MOTION FOR A 5-DAY
EXTENSION TO FILE AMENDED COMPLAINT AND INCORPORATED
MEMORANDUM OF LAW**

Pursuant to Local Rule 3.01, for the reasons set forth below, Relator Omni Healthcare, Inc.'s ("Omni") hereby moves this Court for an Order granting it a five-day extension from February 24, 2021 until March 1, 2021 to file its Amended Complaint.

On Monday, February 22, 2021, Whatley Kallas, LLP was retained by Omni to substitute for the Hoyer Law Group in this case, which includes complicated issues of both fact and law. The Court's Order Denying Omni's Motion for Reconsideration (Doc. 78) set the deadline for filing the amended complaint on February 24, 2021 – just two days after undersigned counsel's retention. In order to research the available information and to provide the Court with all of the information it identified as lacking from the Second Amended Complaint, but at the same time recognizing that this case has been ongoing, current counsel determined not to seek the 28-day stay requested by the Hoyer Law Group in its Motion to Withdraw (Doc. 82), but rather to seek only a five-day extension until March 1, 2021 – just one week after retention. This short extension should allow new counsel for Omni to develop the information sought by the Court, but at the same time should not prejudice the Defendants.

Because the short extension would enable Omni to prepare an amended complaint responsive to the deficiencies identified in the Court's Order Denying the Motion to Dismiss (Doc. 51) and the Order Denying Reconsideration (Doc. 78),

Omni respectfully requests that the Court grant Omni until March 1, 2021 to file the amended complaint.

RULE 3.01(g) CERTIFICATION

This is to certify that on February 23, 2021, Omni counsel Deborah J. Winegard conferred by telephone with Health First counsel Marcos E. Hasbun and Robert Rhoad, and they advised of the Defendants' opposition to Omni's request for an extension until March 1, 2021 to file its Third Amended Complaint.

RESPECTFULLY SUBMITTED:

February 23, 2021

**WHATLEY KALLAS, LLP**
*/s/ Charles Nicholas Dorman*

CHARLES NICHOLAS DORMAN
Florida Bar Number: 117504
2001 Park Place North 1000
Park Place Tower
P.O. Box 10968
Birmingham, AL 35203
Telephone: (205) 488-1200
Facsimile: (800) 922-4851
E-mail:  cdorman@whatleykallas.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system and was served by electronic mail, this 23rd day of February, 2021, upon the following counsel of record:

Robert D. W. Landon, III
Christina Ceballos-Levy
KENNY NACHWALTER, P.A.
Four Season Tower
1441 Brickell Avenue, Suite 1100
Miami, FL 33131
rlandon@knpa.com
ccl@knpa.com

James H. Fallace
Andrew Williams
FALLACE & LARKIN, L.C.
1900 Hickory Street, Suite A
Melbourne, FL 32901
jim@fallacelarkinlaw.com
drew@fallacelarkin.com

David L. Scher
Jessica L. Hoyer
Sean Estes
HOYER LAW GROUP, LLC
2801 W Busch Blvd., Suite 200
Tampa, FL 33618
dave@hoyerlawgroup.com
jesse@hoyerlawgroup.com
sean@hoyerlawgroup.com

Marcos E. Hasburn
ZUCKERMAN SPAEDER LLP
101 E. Kennedy Blvd., Suite 1200
Tampa, FL 33602
mhasburn@zuckerman.com

Robert T. Rhoad
Andy Liu
NICHOLS LIU LLP
700 Sixth St. NW, Suite 4300
Washington, D.C. 20001
rrhoad@nicholsliu.com
aliu@nicholsliu.com

Ryan K. Stumphauzer
Jacqueline DerOvanesian
STUMPHAUZER FOSILD SLOMAN ROSS & KOLAYA, PLLC
Two South Biscayne Blvd., Suite 1600
Miami, FL 33131
rstumphauzer@sfslaw.com
jderovanesian@sfslaw.com

*/s/ Charles Nicholas Dorman*
Charles Nicholas Dorman
Florida Bar Number: 117504

4