# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO, FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF FLORIDA *ex rel.* OMNI HEALTHCARE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH FIRST, INC.; HEALTH FIRST MEDICAL GROUP, LLC; STEVEN JOHNSON; JOSEPH FELKNER; DREW RECTOR; LEONARD GRECUL; MARK MENDOLLA; THOMAS SWAIN; STEVEN KARAS; ENRIQUE POLANCO; JOSEPH McCLURE; LEE SCHEINBART SIMON VINARSKY; MATTHEW GERELL; AMIT BAROCHIA; ROBERT SPRAWLS; ASISH DELAL; JOHN BOMALASKI; GERMAINE BLAINE; FIRAS MUWALA; RITESH PATIL; MARK MENDOLLA; STEVEN KARAS; GRAINGER STEELE LANNEAU; JAMES NEEEL; and JEFFREY STALNAKER, <br><br> Defendants. | CASE NO: 6:19-cv-02237-RBD |

## RELATOR'S COUNSEL'S UNOPPOSED MOTION TO WITHDRAW

Pursuant to Middle District of Florida Local Rule 2.02(c), David L. Scher, Jesse Hoyer Estes, and Sean Estes of Hoyer Law Group, PLLC, counsel for Relator Omni Healthcare, Inc. ("Relator"), hereby move to withdraw as counsel of record

for Relator in this case. Pursuant to Middle District of Florida Local Rule 2.02(c)(1)(B)(i), undersigned counsel certifies that Relator consents to their withdrawal. Relator has retained the law firm of Whatley Kallas, LLP, and Mr. Charles Dorman, a member of Middle District of Florida Bar, has already appeared in the case to be Relator's counsel of record.

WHEREFORE, undersigned counsel respectfully requests that this Court grant their withdrawal as counsel of record for Relator in this matter.

### Local Rule 3.01(g) Certification

Pursuant to Middle District of Florida Local Rule 3.01(g), undersigned counsel certifies that Sean Estes conferred with Defendants' counsel and Defendants do not oppose the motion.

Dated:   February 23, 2021            Respectfully submitted,

/s/ Sean Estes
Sean Estes
Florida Bar No. 055770
sean@hoyerlawgroup.com
HOYER LAW GROUP, PLLC
2801 West Busch Blvd., Suite 200
Tampa, FL 33618
Tel: (813) 375-3700 ▪ Fax: (813) 375-3710

/s/ David L. Scher
David L. Scher
(*admitted pro hac vice*)
DC Bar No. 474664
Hoyer Law Group, PLLC
1300 I Street N.W., Suite 400E
Washington, DC  20005
Tel: (202) 975-4994 ▪ Fax: (813) 375-3710
Email: dave@hoyerlawgroup.com

        /s/ *Jesse Hoyer Estes*
        Jesse Hoyer Estes
        Florida Bar No. 076934
        jesse@hoyerlawgroup.com
        HOYER LAW GROUP, PLLC
        2801 West Busch Blvd., Suite 200
        Tampa, FL 33618
        Tel: (813) 375-3700 ▪ Fax: (813) 375-3710

        *Counsel for Relator*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by CM/ECF on February 23, 2021, on all counsel or parties of record.

        /s/ *Sean Estes*
        Sean Estes