# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

UNITED STATES OF AMERICA, STATE
OF FLORIDA and OMNI
HEALTHCARE, INC.,

           **Plaintiffs,**

**v.**                                                   **Case No: 6:19-cv-2237-RBD-LRH**

HEALTH FIRST, INC., HEALTH FIRST
MEDICAL GROUP, LLC, STEVEN
JOHNSON, JOSEPH FELKNER, DREW
RECTOR, LEONARD GRECUL, MARK
MENDOLLA, THOMAS SWAIN,
STEVEN KARAS, ENRIQUIE
POLANCO, JOSEPH MCCLURE, LEE
SCHEINBART, SIMON VINARSKY,
MATTHEW GERELL, AMIT
BAROCHIA, ROBERT SPRAWLS,
ASISH DELAL, JOHN BOMALASKI,
GERMAINE BLAINE, FIRAS MUWALA,
RITESH PATIL, GRAINGER STEELE
LANNEAU, JAMES NEEL and JEFFREY
STALNAKER,

           **Defendants.**

_____

# ORDER
(And Direction to Clerk of Court)

      This cause came on for consideration without oral argument on the following motion filed

herein:

| | |
|---|---|
| **MOTION:** | **RENEWED UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*, AND WRITTEN DESIGNATION AND CONSENT TO ACT (Doc. No. 92)** |
| **FILED:** | **February 26, 2021** |

> **THEREON** it is **ORDERED** that the motion is **GRANTED in part and DENIED in part**.

On February 25, 2021, Joe R. Whatley, Jr., Esq. and Deborah J. Winegard, Esq. filed a motion seeking to specially appear in this matter as counsel for Relator Omni Healthcare Inc.   Doc. No. 90.   That request was denied without prejudice for failure to comply with Local Rule 2.01(c). Doc. No. 91.   Now, Mr. Whatley and Ms. Winegard renew their request in compliance with that Rule.   Doc. No. 92.

Upon consideration, as it relates to Ms. Winegard, the Court finds the request well taken, and Ms. Winegard may specially appear as counsel for Relator in this matter.   Ms. Winegard shall immediately begin using the CM/ECF docket system and begin filing electronically.   Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF."   Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.   The Clerk of Court is directed to mail a copy of this Order to Attorney Winegard.

However, as it relates to Mr. Whatley, the request will again be denied without prejudice. Although the motion states that Mr. Whatley has "not abused the privilege of special admission by maintaining a regular practice of law in the state of Florida," the motion also states that Mr. Whatley has appeared in four different cases in Florida in the last thirty-six months.   Doc. No. 92 ¶¶ 6, 7. Therefore, according to the motion, Mr. Whatley's appearance in this matter would constitute his fifth appearance in Florida courts in a thirty-six-month period.   The Court construes Local Rule 2.01(c)(3)–(4) in accordance with the Rules Regulating the Florida Bar, which prohibit non-Florida attorneys from engaging "in a general practice before Florida courts.   For purposes of this rule more than 3 appearances within a 365-day period in separate representations shall be presumed to be a 'general practice.'"   *See* Rules Regulating the Florida Bar, Rule 1-3.10(a)(2).   Mr. Whatley may

renew his request, if appropriate, upon a showing of why an additional special admission would not

abuse the privilege of appearing specially in Florida courts.

      **DONE** and **ORDERED** in Orlando, Florida on March 1, 2021.

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record